**No. 65413.**—Levatino Co., Inc. *v.* United States, protests 60/20710 and 60/20711 (New York).

Opinion by JOHNSON, J.   Since the protests were filed more than 60 days after liquidation, they were dismissed as untimely, by virtue of section 514, Tariff Act of 1930.

**No. 65414.**—Nozaki Associates, Inc. *v.* United States, protest 60/20712 (New York).

Opinion by JOHNSON, J.   Since the protest was filed more than 60 days after liquidation, it was dismissed as untimely, by virtue of section 514, Tariff Act of 1930.

**No. 65415.**—Inter-Maritime Forwarding Co., Inc. *v.* United States, protest 60/20929 (New York).

Opinion by DONLON, J.   Since the protest was filed more than 60 days after liquidation, it was dismissed as untimely, by virtue of section 514, Tariff Act of 1930.